```
 1  MCGREGOR W. SCOTT
    United States Attorney
 2  LAUREL D. WHITE
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT
 8            FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
    UNITED STATES OF AMERICA,    )
10                               )   CR. No. S-03-388-GGH
                  Plaintiff,     )
11                               )   SUPPLEMENT TO DIVERSION
            v.                   )   AGREEMENT REGARDING RESTITUTION
12                               )   DIVISION OF FUNDS;
    DEREK MESSENGER,             )   ORDER
13                               )
                  Defendant.     )
14  _____)
15
16       On April 19, 2005, this court signed an order directing the
17  government, and not the clerk's office, to compute the percentage of
18  the $5,000 in restitution to be paid by Derek Messenger, to each
19  victim named in the stipulated amendment to the Diversion Agreement
20  of Derek Messenger.[1]  In accordance with this court's order, the
21  government has determined the percentage due each named victim.
22  Therefore, in keeping with this court's previous orders, defendant's
23  restitution payment shall be paid to the clerk's office and the
24  clerk's office will disperse the funds in accordance with the
25
26  _____
         [1]The total loss was approximately $8,998.  The diversion
27  agreement, however, only required defendant to pay $5,000, as that
    was the amount the defendant claimed he could pay.  As of the date
28  of this filing, the defendant has failed to make any payments.
                                   1
```

payment schedule set forth below:

| Name | Percentage of total loss | Amount Due Victim[2] |
|---|---|---|
| Sharon Copas | 2.3% | $ 115 |
| Timothy Corcoran | 3.8% | $ 190 |
| Mary Ann Dalton | 3.9% | $ 195 |
| Richard DeDanann | 12% | $ 600 |
| Daniela Devitt | 1.5% | $ 75 |
| William Eshenaur | 1% | $ 50 |
| Janell Evans a.k.a. Janell Pewitt | 5% | $ 250 |
| Helen Harrison | 5.12% | $ 256 |
| Alicia Lellman | 2.5% | $ 125 |
| Linda Levinson | 23.9% | $1,195 |
| Juan Magana | 2.5% | $ 125 |
| Kathy McCarron | 5.5% | $ 275 |
| Joan Papantoniadis | 15% | $ 750 |
| Del Powell | 5.5% | $ 275 |
| Susan Sloan | 2.3% | $ 115 |

---

[2] Percentages and amounts due victims have been rounded off to the nearest percentage point and dollar.

| | | |
|---|---|---|
| Peggy Vaquera | 5.05% | $ 253 |
| Karen Wasilewski | 3% | $ 150 |
| | Total | $4,994 |

October 26, 2005                    MCGREGOR W. SCOTT
                                    United States Attorney

                                    By //s// Laurel D. White
                                       LAUREL D. WHITE
                                       Assistant U.S. Attorney

**ORDER**

Based on the information set forth above, the court orders that restitution shall be paid to the above-named victims as indicated above. The Court further orders that this Supplement to the Diversion Agreement be made a part of the original diversion agreement and the stipulated amendment to the diversion agreement of Derek Messenger, as it is fully set forth herein.

**IT IS SO ORDERED.**

11/1/05                             /s/ Gregory G. Hollows
_____                     _____
Date                                HON. GREGORY G. HOLLOWS
                                    U.S. Magistrate Judge

messenger.ord

3