```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  LAUREL D. WHITE
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2700
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,   )   CASE NO. CR. S-03-388 GGH
                                )
12            Plaintiff,        )   GOVERNMENT'S MOTION TO
                                )   DISMISS AND ORDER
13        v.                    )
                                )
14  DEREK MESSENGER,            )
                                )
15            Defendant.        )
    _____)
16
17      Plaintiff, The United States of America, by and through its
18  undersigned attorney, hereby applies to the Court, pursuant to
19  Rule 48(a) of the Federal Rules of Criminal Procedure, for leave
20  to dismiss with prejudice the Information in this case as to
21  defendant Derek Messenger.  The defendant has successfully
22  completed his 18-month period of Pre-trial Diversion.  The Pre-
23  trial Services Officer Gina Lee Faubion supports this request.
24  DATED: June 26, 2006              Respectfully submitted,
25                                    McGREGOR W. SCOTT
                                      United States Attorney
26
                                 By:  /s/ Laurel D. White
27                                    LAUREL D. WHITE
                                      Assistant U.S. Attorney
28  ///
```

1

1  _____
2                                 ORDER
3       IT IS SO ORDERED the case is dismissed with prejudice.
4  DATED:   7/14/06
5                            /s/ Gregory G. Hollows
6                         _____
                          HONORABLE GREGORY G. HOLLOWS,
7                         United States Magistrate Judge
8  messenger.ord2